UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JASON L. B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00561-JPH-MJD |
| | ) |
| CAROLYN W. COLVIN Acting Commissioner of the Social Security Administration[1], | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Mark J. Dinsmore has entered a Report and Recommendation recommending that the Court reverse the Commissioner's decision denying supplemental security income. Dkt. 17. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [17]. The Commissioner's decision is **REVERSED AND REMANDED**. On remand, the ALJ shall reevaluate her assessment of Dr. Marlow's opinion and her mental RFC determination. The ALJ shall also reassess her subjective symptoms evaluation with regard to Claimant's mental impairments. Final judgment will issue by separate entry.

**SO ORDERED**.

Date: 12/19/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

---

[1] Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on November 30, 2024. Under Federal Rule of Civil Procedure 25(d), Carolyn Colvin is substituted for Martin O'Malley as the defendant in this suit.

Distribution:

All electronically registered counsel